**GEORGE W. GREEN v. C. J. EARLEY, as Trustee at als.**

25 So. (2nd) 381      January Term, 1946
March 19, 1946      Special Division A

*Carroll Dunscombe,* for appellant.

*Dewey Crawford, T. T. Oughterson* and *John H. Cotten* for Rose P. Whitney and *Arthur R. Clonts* for Charles T. Kemball and Alice R. Kemball, appellees.

PER CURIAM:

No reversible error appearing in the record, decree appealed from is affirmed.

So ordered.

CHAPMAN, C. J., BROWN, BUFORD and ADAMS, JJ., concur.